IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| | : |
| POLAROID CORPORATION, et al., | : Bankruptcy Case No. 01-10864-PJW |
| | : Jointly Administered |
| Debtors. | : |
| _____ | : _____ |
| | : |
| FUJI PHOTO FILM CO., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-0213 |
| | : |
| POLAROID CORPORATION, | : |
| | : |
| Appellee. | : |

**FINAL ORDER**

At Wilmington, this 27th day of June 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Order of the Bankruptcy Court dated February 18, 2004 is **AFFIRMED**.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE