# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

In re Polaroid Corporation, et al., Chapter 11
      Debtors    Bankruptcy C.A. No. 01-10864-PJW

DISTRICT COURT DOCKET NUMBER: 16

Fuji Photo Film Co.,
    Appellant,
        v.
Polaroid Corporation,   C.A. No. 04-0213
    Appellee.

DISTRICT COURT JUDGE: Joseph J. Farnan, Jr.

Notice is hereby given that _____ Joanne P. Pinckney, Esq. (#3344) _____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on __June 28, 2005__
(date)

Dated: July 22, 2005

_____
(Counsel for Appellant-Signature)

Joanne P. Pinckney, Esquire (#3344)
(Name of Counsel - Typed)
222 Delaware Ave, Suite 1400
(Address)
Wilmington, DE 19801
(City, State Zip)
302-573-3500
(Telephone Number)

Michael Louis Vild, Esquire (#3042)
(Counsel for Appellee)
222 Delaware Ave, Suite 900
(Address)
Wilmington, DE 19801
(City, State Zip)
302-655-5000
(Telephone Number)

**NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.**