UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3559

In Re: Polaroid Corp

Fuji Photo Film Co, Appellant

(Delaware District Civil No. 04-cv-00213)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

Clerk
United States Court of Appeals
for the Third Circuit

Date: September 8, 2005

cc:
    Charles I. Poret, Esq.
    Christopher A. Ward, Esq.
    Joanne P. Pinckney

A True Copy:

Marcia M. Waldron, Clerk